# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL ALEXANDER YOUNG | CIVIL ACTION |
| VERSUS | NO. 25-1752 |
| DISTRICT ATTORNEY'S OFFICE OF NEW ORLEANS, ET AL. | SECTION "O"(1) |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Rec. Doc. 9, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Michael Alexander Young's federal civil rights claims against defendants are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim on which relief may be granted, and/or for seeking monetary relief from a defendant who is immune from such relief.

New Orleans, Louisiana, this 14th day of November, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE